**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02090-WJM-KLM

BLUELINX CORPORATION, a Georgia corporation,

    Plaintiff,

v.

BRAD STROSAHL, an individual, and
PRIMESOURCE BUILDING PRODUCTS, INC., a Delaware corporation,

    Defendants.

_____

**ORDER REGARDING MOTION TO DISMISS**
_____

This matter is before the Court on Plaintiff's Motion to Dismiss, filed October 10, 2011 (ECF No. 31). The Court being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall be responsible for its own attorney's fees and costs.

Dated this 11th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge